UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60279-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

LEANDRO NUNEZ,
        Defendant.
_____/



## ORDER

**THIS CAUSE** has come before the Court upon the defendant, Leandro Nunez's Motion to Allow Defendant to Surrender Early Based Upon His Medical Condition, filed April 4, 2008 (DE # 79). The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant is scheduled to surrender on June 9, 2008, before 2 p.m. The defendant has requested that he be permitted to surrender early so that he can receive medical care from the Bureau of Prisons. Therefore, Defendant is permitted to surrender anytime prior to June 9, 2008. However, should the defendant choose to surrender early, he must surrender to the U.S. Marshall's office in the Miami division.

**DONE AND ORDERED** at West Palm Beach, Florida, this ____ day of April 2008.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       U. S. Pretrial Services
       U. S. Probation Office
       U. S. Marshal Service